# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tessenderlo Kerley Incorporated,<br><br>    Plaintiff,<br><br>v.<br><br>Purebase Corporation,<br><br>    Defendant. | No. CV-18-02756-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation for Dismissal (Doc. 37), filed on July 9, 2019,

**IT IS ORDERED** approving the Stipulation (Doc. 37) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 9th day of July, 2019.

_____
Honorable Diane J. Humetewa
United States District Judge